ATTORNEY'S NAME: Beaumont, William H 33005
AND ADDRESS: 3801 Canal Street, Suite 207, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

NO: 2018-01979           DIVISION: A           SECTION: 15

MEJIA, EVELYN

Versus

GOAUTO LLC

### CITATION

TO:        GOAUTO LLC
THROUGH:   REGISTERED AGENT: GREGORY W. TRAMONTIN
           533 HIGHLANDIA DRIVE, SUITE A, BATON ROUGE, LA 70810

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA March 5, 2018

Clerk's Office, Room 402, Civil Courts        DALE N. ATKINS, Clerk of
421 Loyola Avenue                              The Civil District Court
New Orleans, LA                                for the Parish of Orleans
                                               State of LA
                                               by _____
                                               Theodore Hines, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of ___, served a copy of the within Petition for Damages ON GOAUTO LLC THROUGH REGISTERED AGENT: GREGORY W. TRAMONTIN Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ ENTERED / PAPER  RETURN SERIAL NO   DEPUTY   PARISH | On this ___ day of ___, served a copy of the within Petition for Damages ON GOAUTO LLC THROUGH: REGISTERED AGENT: GREGORY W. TRAMONTIN by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said GOAUTO LLC being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |



RECEIVED
MAR 13 2018

ID: 9860822                Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2018-1979                                DIVISION

EVELYN MEJIA

VERSUS

GOAUTO LLC

FILED:_____          _____
                                                                   DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, EVELYN MEJIA, a person of the full age of majority and resident of Orleans Parish, Louisiana, who respectfully states as follows:

I.

Made defendant herein is:

    a. GOAUTO LLC, a domestic insurer licensed to do and doing business in the State of Louisiana.

II.

Jurisdiction is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about March 31, 2017, plaintiff, EVELYN MEJIA, received a text message advertisement to her cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods from Defendant.

V.

Specifically, the text message encouraged Plaintiff to "go online or visit one of our stores to pay and reinstate [insurance] coverage."

VI.

1

At the time she received the text message, Plaintiff was not a customer of Defendant.

VII.

Plaintiff had not requested, nor expressly consented in writing, to receive any solicitations from Defendant.

VIII.

Defendant's text message advertisement was not addressed to Plaintiff by name and was written in an impersonal manner. On January 31, 2018, Gregory W. Tramontin -- one of Defendant's representatives -- told Plaintiff's counsel that the text messages at issue were sent out automatically and randomly from a database of stored phone numbers using computer software.

IX.

Defendant's text message advertisement was sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and her claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Defendant seeks for herself and all consumers all statutory damages, including treble, available under the law.

XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

WHEREFORE, the aforesaid premises considered, Plaintiff prays that Defendant, GOAUTO LLC be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. Plaintiff requests a jury trial.

Respectfully submitted:

_____
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

PLEASE SERVE:

GOAUTO LLC
Through Registered Agent:

Gregory W. Tramontin
533 Highlandia Drive, Suite A
Baton Rouge, LA 70810

TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3

