UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EVELYN MEJIA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-2954** |
| **GOAUTO, L.L.C.** | **SECTION: "G"(3)** |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, _every witness_ must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 22nd day of May, 2018.

_____
**NANNETTE JOLIVETTE BROWN
UNITED STATES DISTRICT JUDGE**

---

[1] _See_ e-mail from Loretta Mince to Judge Brown (May 21, 2018).

# FishmanHaygood

Fishman Haygood LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
fishmanhaygood.com

LORETTA G. MINCE
PARTNER
(504) 586-5273
LMINCE@FISHMANHAYGOOD.COM

May 21, 2018

File No. 2270-02

*Via* **Email**

The Honorable Nannette Jolivette-Brown
Chief Judge
United States District Court
Eastern District of Louisiana
500 Poydras St., Section G
New Orleans, La. 70130
efile-brown@laed.uscourts.gov

    Re:    *Evelyn Mejia v GoAuto, LLC*
              U.S.D.C. Eastern District of Louisiana

Dear Judge Jolivette-Brown:

    This letter serves to inform the court that the parties have reached a settlement of the above captioned matter.

Respectfully,

Loretta G. Mince

LGM/ccm
cc:    Roberto Luis Costales (*via* rlc@beaumontcostales.com)

1326045v.1